IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR438 |
| | ) | |
| v. | ) | |
| | ) | |
| LEE O. PARKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On July 10, 2012, defendant appeared with counsel, Karen M. Shanahan, Assistant Federal Public Defender, for a final hearing regarding the petition for warrant or summons for offender under supervision (Filing No. 45). Defendant admitted Allegations 1 and 2 of the petition.

The Court found defendant to be in violation of his conditions of supervised release. Upon motion of the government, the Court dismissed Allegation 3. The Court proceeded to a dispositional hearing.

IT IS ORDERED:

1) Defendant'S supervised release is hereby revoked, and defendant is sentenced to the custody of the Bureau of Prisons for a term of six (6) months with credit for time served.

2) Upon completion of defendant's term of imprisonment, defendant will be placed on supervised release for thirty (30)

months, subject to the same terms and conditions as previously imposed.

DATED this 11th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

                                                                    _____
                                                                    Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

                                    UNITED STATES WARDEN

                                    By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

                                    UNITED STATES WARDEN

                                    By: _____